IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEBORAH WILLIAMS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| STEPHANO BROTHERS REAL ESTATE INVESTMENT ASSOC. | : : | NO. 17-2053 |

FILED MAY 10 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 9th day of May, 2017, upon consideration of plaintiff's motion to proceed *in forma pauperis* (ECF No. 1) and her complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's Memorandum. Plaintiff may not file an amended complaint.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

WENDY BEETLESTONE, J.

cc: Deborah D. Williams